Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

Attorney for Defendant EMMA Y. MIRADOR

FILED

SEP 12 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOCELYN M. AGUSTIN and
EMMA Y. MIRADOR,

Defendants.
_____/

Case No. 2:11-CR-0298-DAD

AMENDED STIPULATION AND
*and* [PROPOSED] ORDER TO
EXCLUDE TIME

The parties hereby stipulate that the case management conference in this case be continued from September 13, 2011 to September 20, 2011, at 10:00 a.m. The parties stipulate that the time between September 13, 2011 to September 20, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel cannot properly advise his client of the implications of the plea and charges recommended by the Government without additional time to investigate.

//
//
//

Therefore the parties have stipulated to continue the case management conference in this case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

Respectfully submitted

Date: September 12, 2011  /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant MIRADOR

Date: September 12, 2011  /s/ Linda Harter (Authorized 9/12/2011)
LINDA HARTER
Attorney for Defendant AGUSTIN

Date: September 12, 2011  /s/ David Stevens (Authorized 9/12/2011)
DAVID STEVENS
Assistant U.S. Attorney

DAD
[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to September 20, at 10:00 a.m. before the Honorable Dale A. Drozd.

Dale A. Drozd
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT