DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOCELYN M. AGUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:11-CR-0298-DAD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANTS' TERM OF COURT PROBATION |
| v. | |
| JOCELYN M. AGUSTIN and EMMA Y. MIRADOR | DATE: November 6, 2012 TIME: 10:00 a.m. JUDGE: Hon. Dale Drozd |
| Defendants. | |

The United States of America, by and through its undersigned attorney, Justin Lee, defendant JOCELYN AGUSTIN, by and through her undersigned attorney, Linda Harter, and defendant EMMA MIRADOR, by and through her undersigned attorney, John Baumgardner, hereby stipulate to extend the defendants' court probation, which is scheduled to terminate on October 17, 2012, for a period of one month.

Under the terms of their probation, the defendants are required to complete 80 hours each of community service, to pay restitution in the amount of $2622.92 (joint and severally), and to pay special assessment fees of $75 each. To date, the defendants have satisfied all terms of their probation, with the exception of paying the restitution, special assessment, and proof of completion of community

1  service. The defendants, both of whom are unemployed, seek a brief
2  extension of their probation to pay their restitution and fees, and
3  additional time to provide proof of completion of their community
4  service.
5       Accordingly, the parties jointly request that the court vacate
6  the probation revocation hearing set for October 2, 2012 at 10:00am
7  and set a status hearing for November 6, 2012 at 10:00am.
8
9  DATED: September 25, 2012          BENJAMIN B. WAGNER
                                      United States Attorney
10
11
                                By:   /s/ Justin Lee
12                                    JUSTIN LEE
                                      United States Attorney
13
14 DATED: September 25, 2012          DANIEL J. BRODERICK
                                      Federal Defender
15
16                              By:   /s/ Rachelle Barbour for
                                      Linda C. Harter
17                                    Attorney for JOCELYN AGUSTIN
18
   DATED: September 25, 2012          LAW OFFICES OF TIM A. PORI
19
20                              By:   /s/ John F. Baumgardner
21                                    John F. Baumgardner
                                      Attorney for EMMA MIRADOR
22
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

**O R D E R**

**IT IS SO ORDERED.** The probation revocation hearing set for October 2, 2012 at 10:00am is vacated. A status hearing is set for November 6, 2012 at 10:00am.

DATED: September 26, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
augustin0298stipord.extendprob.wpd